UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 99-02261-PJW |
| Hechinger Investment Company of Delaware, Inc., et al., | Chapter 11 |
| Debtor. | |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., et al., Debtors in Possession, | |
| Plaintiff, | Adv No. 01-3170-PBL |
| vs. | |
| Universal Forest Products, Inc., | Related Doc. No. 113, 114, 115, 116 & 117 |
| Defendant. | |

## NOTICE OF CROSS-APPEAL
## OF THE JUDGMENT AND MEMORANDUM OPINION

Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession (the "Cross-Appellant"), pursuant to 28 U.S.C. §158(a) hereby issues its cross-appeal from the Judgment entered by the Bankruptcy Court on June 16, 2005 (Docket Index #114) (the "Judgment") and the Memorandum Opinion issued by the Honorable Paul B. Lindsey, United States Bankruptcy Judge, on June 16, 2005 (Docket Index # 113) (the "Opinion").

The names of all parties to the Judgment and Opinion appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Plaintiff, Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession | COZEN O'CONNOR<br>John T. Carroll, III, Esq., (#4060)<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>**Telephone:** (302) 295-2028 **Fax:** (302) 295-2013<br>(Local Counsel for Plaintiff)<br><br>A·S·K FINANCIAL LLP<br>Joseph L. Steinfeld, Jr., DC SBN 297101, MN SBN 0266292, VA SBN 18666<br>Kelly J. Shannon, Esq., MN SBN 0312952<br>Kelly L. Mangan, Esq., WI SBN 1032576, MN SBN 0317901<br>2600 Eagan Woods Drive, Suite 220<br>Eagan, MN 55121<br>**Telephone:** (651) 406-9665 **Fax:** (651) 406-9676 |
| Defendant, Universal Forest Products, Inc. | MONZACK AND MONACO, P.A.<br>Kevin J. Mangan, Esq.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801<br>**Telephone:** (302) 656-8162 **Fax :** 302-656-2769<br><br>VARNUM RIDDERING SCHMIDT<br>& HOWLETT, LLP<br>Michael S. McElwee, Esq.<br>Bridgewater Place<br>333 Bridge Street, N.W.<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>**Telephone:** (616) 336-6000 **Fax:** (616) 336-7000 |

Dated: June 27, 2005

Local Counsel        By:    /s/ John T. Carroll
                            COZEN O'CONNOR
                            John T. Carroll, III, Esq. (#4060)
                            Chase Manhattan Centre
                            1201 North Market Street, Suite 1400
                            Wilmington, DE 19801
                            **Telephone:** (302) 295-2028 **Fax:** (302) 295-2013

                            and

Primary Counsel             Joseph L. Steinfeld, Jr., DC SBN 297101,
                            MN SBN 0266292, VA SBN 18666
                            Joseph A. Hess, Esq.
                            Karen M. Scheibe, Esq.
                            Kelly L. Mangan, Esq.
                            A·S·K FINANCIAL LLP
                            2600 Eagan Woods Drive, Suite 220
                            Eagan, MN 55121
                            **Telephone:** (651) 406-9665 **Fax:** (651) 406-9676

                            Co-Counsel For Plaintiff, Hechinger Liquidation Trust, a successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtor in Possession