UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>Hechinger Investment Company of<br>Delaware, Inc., *et al.*,<br><br>      Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 99-02261 ( PJW ) |
| Hechinger Liquidation Trust as successor<br>in interest to Hechinger Investment<br>Company of Delaware, Inc., *et al.*, Debtors<br>in Possession,<br><br>      Plaintiff,<br><br>v.<br><br>Universal Forest Products, Inc.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>No. 01-3170 (PBL) |

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion of this date,

Judgment is rendered in favor of Plaintiff and against Defendant in the amount of $1,004,216.00.


Dated: June 16, 2005

*/s/ Paul B. Lindsey*

PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE