UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
David D. Bird

824 Market Street
Wilmington DE 19801
(302) 252-2900

**Date: 7/18/05**

To: Peter Dalleo, Clerk
U.S. District Court
U.S. Courthouse
Wilmington DE 19801

**Re:**     **Hechinger, etc. v. Universal Forest Products, Inc.**

**Bankruptcy Case No:**     99-2261 PJW

**Adversary Case No:**     01-3170

Attached is the bankruptcy Record on Appeal #05-47.  Designations are being sent by hand delivery by the Bankruptcy Court.  Please acknowledge receipt on the copy provided.

Sincerely,

David Bird, Clerk

By:   /s/Lori Coster
Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____day of _____, 2003.

By: _____
Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**Adversary Case #:   01-3170**
**Related Bankruptcy Case #:** 99-2261 PJW
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**          Lori M. Coster

**Case Type:**                               Adversary

**Nature of Suit:**                          454

**Cause of Transmittal:**                    Cross Appeal

**Parties:**                                 Hechinger etc. v. Univeral Forest Products, Inc.

**Plaintiff's Counsel:**

                                             John T. Carroll

                                             Cozen O'Connor

                                             1900 Market Street

                                             The Atrium

                                             Philadelphia, PA 19801

                                             302-295-2028

                                             Fax : 302-295-2013

                                             Email: jcarroll@cozen.com


                                             Mark E. Felger

                                             Cozen O'Connor

                                             1201 N. Market Street, Ste 1400

                                             Wilmington, DE 19801

usa

302-295-2087

Fax : 302-295-2013

Email: mfelger@cozen.com

**Defendant's Counsel:**

Kevin J Mangan

Monzack and Monaco P.A.

1201 Orange Street, Suite 400

Wilmington, DE 19801

302-656-8162

Fax : 302-656-2769

Email: kmangan@monlaw.com