IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**4

IN RE: Hechinger Investment Company of Delaware Inc., et al.

|  |  |  |
|---|---|---|
| Hechinger Liquidation Trust | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  05-498 |
| v. | ) | |
| | ) | |
| | ) | |
| Universal Forest Products, Inc. | ) | |
| Appellee | ) | Bankruptcy Case No. 99-2261 PJW |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 6/16/05 was docketed in the District Court on 7/18/05:

Judgment and Memorandum Opinion

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   July 18, 2005

To:    U.S. Bankruptcy Court
Counsel