UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| Hechinger Investment Company of Delaware, Inc., et al. | Civil Action Nos. 05-497, 05-498 |
| Debtor | BK No. 99-02261-PJW (Jointly Administered) |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession, | Chapter 11 |
| Plaintiff(s), vs. | Adv. No. 01-3170 |
| Universal Forest Products, Inc. | |
| Defendant. | |

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT

Universal Forest Products, Inc. ("UFP"), the Defendant, appeals to the United States Court of Appeals for the Third Circuit from the final judgment and order of the District Court for the District of Delaware, entered in this case on March 16, 2006, affirming the final judgment of the Bankruptcy Court dated June 16, 2005 and affirming the order of the Bankruptcy Court dated October 8, 2004 denying UFP's spoliation motion.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Hechinger Investment Company of Delaware, Inc.:**

Joseph L. Steinfeld, Jr., Esquire
ASK Financial
4040 Nichols Road
Eagan, Minnesota 55112

Document #53403

-and-

John T. Carroll, Esquire
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801

**Universal Forest Products, Inc.:**

Michael S. McElwee
Varnum Riddering Schmidt & Howlett LLP
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI  49504

-and-

Kevin J. Mangan, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Ste. 400
Wilmington, DE 19801

        Respectfully submitted:

        **MONZACK AND MONACO, P.A.**

Dated:  April 3, 2006    By:   /s/ Kevin J. Mangan
        Kevin J. Mangan (#3810)
        1201 N. Orange Street, Suite 400
        P.O. Box 2031
        Wilmington, DE  19801
        (302) 656-8162

        and

        **VARNUM RIDDERING SCHMIDT & HOWLETT LLP**
        Michael S. McElwee (P36088)
        333 Bridge Street, N.W., Suite 1700
        Grand Rapids, MI  49504
        (616) 336-6827

        Attorneys for Defendants