UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>　　　　　Debtor | Civil Action Nos. 05-497, 05-498<br><br>BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11 |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>　　　　　Defendant. | Adv. No. 01-3170 |

## MOTION FOR STAY PENDING APPEAL
## AND FOR APPROVAL OF SUPERSEDEAS BOND

Universal Forest Products, Inc. ("UFP"), by and through its attorneys, hereby makes its Motion for Stay Pending Appeal and for Approval of Supersedeas Bond pursuant to Rule 62 of the Federal Rules of Civil Procedure Rules, by stating as follows:

　　1.　　On this date, UFP has filed a timely Notice of Appeal from this Court's March 16, 2006, Final Judgment and Order, affirming the final judgment of the Bankruptcy Court dated June 16, 2005.

　　2.　　Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, a party who seeks appeal from a final judgment of the District Court may simultaneously seek a stay pending appeal.

Document #53627

3. Rule 62(d), provides, in substance, that by giving a supersedeas bond, the appellant automatically obtains a stay pending appeal upon approval of the supersedeas bond.

4. The Plaintiff/Appellee will suffer no harm from an order granting stay pending appeal, because:

(a) UFP has tendered or posted a supersedeas bond on appeal equaling one and a quarter times the amount of the judgment entered by the Bankruptcy Court and affirmed by this Court, naming the Plaintiff as the sole beneficiary, indemnitee, or obligee of the bond, thus protecting the Plaintiff from any loss of the principal amount of the judgment, or from allowable interest, while this matter is pending on appeal;

(b) The surety on the supersedeas bond is approved and fully authorized by the Commissioner of Insurance of the State of Michigan for the posting of supersedeas bonds on appeal, in full compliance with the law of UFP's domicile state.

Such a bond is in full conformity with the federal rules cited above.

5. Pursuant F.R.Civ.P. 62(d), the sole issue for the court with respect to a Motion for Stay Pending Appeal supported by a supersedeas bond is whether the bond conforms to the requirements of the rules and whether the sureties thereon are adequate; the court has no discretion to deny the stay if the bond conforms to the rules. *In re Swift Aire Lines, Inc.*, 21 Bankr. 12 (B.A.P. 9th Cir. 1982).

6. The supersedeas bond posted by UFP is underwritten by a surety approved for such purposes by the Commissioner of Insurance of the State of Michigan, and the bond is in the amount of one and a quarter times the judgment. Thus, both the character of the surety and the amount of the bond provide ample protection to the Plaintiff on appeal.

WHEREFORE, Universal Forest Products, Inc., prays for entry of an Order by the Court approving the surety bond posted by Universal Forest Products, Inc., and granting a stay of this Court's March 16, 2006, Final Judgment and Order, affirming the final judgment of the Bankruptcy Court dated June 16, 2005.

Respectfully submitted:

MONZACK AND MONACO, P.A.

Dated: April 3, 2006

By: /s/ Kevin J. Mangan
Kevin M. Mangan (#3810)
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19899
(302) 656-8162

and

VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI  49504
(616) 336-6000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>Debtor<br><br>---<br><br>Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession,<br><br>Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>Defendant. | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. No. 01-3170<br><br>Civil Action Nos. 05-497 and 05-498 (KAJ) |

### CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the Motion For Stay Pending Appeal And For Approval of Supersede As Bond was made on April 3, 2006 upon:

**Via Hand Delivery**
John T. Carroll, Esquire
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801

**Via Federal Express**
Joseph L. Steinfeld, Jr., Esquire
A-S-K Financial LLP
2600 Eagan Woods Drive, Ste. 220
Eagan, MN 55121

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 3, 2006

*Heidi E. Sasso*
Heidi E. Sasso

Document #: 53629