

# Western Surety Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF __Delaware__
__Wilmington__ DIVISION
UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE

Hechinger Investment Company of
Delaware, Inc., et al., Debtors in
Possession
              Plaintiff(s),

vs.

Universal Forest Products, Inc.

              Defendant(s).

Case No. __99-02261 (PJW)__

Adversary Proceeding No: 01-3170 (PBL)

**SUPERSEDEAS BOND**

Bond No. __929368652__

**KNOW ALL PERSONS BY THESE PRESENTS:**
That we, __Universal Forest Products, Inc.__,
as Principal(s), and **WESTERN SURETY COMPANY**, a corporation authorized to do surety business in the
State of __Delaware__, as Surety, are held and firmly bound unto
__Hechinger Investment Company of Delaware, Inc., et al., Debtors in Possession__, as Obligee(s), in the sum of not to exceed
__One Million Two Hundred Fifty Five Thousand Two Hundred Seventy__ DOLLARS ($ __1,255,270.00__ ),
for the payment of which well and truly to be made, we bind ourselves and our legal representatives, firmly
by these presents.

THE CONDITION of the above obligation is such that WHEREAS the Obligee(s) has recovered a
judgment against the Principal(s) in this action, and WHEREAS the Principal(s) intends to appeal from the
judgment and gives this bond pursuant to Fed. Rule of Civ. Proc. 62(d).

NOW, THEREFORE, if the Principal(s) shall satisfy such final judgment as may be entered in this case,
then this obligation to be void; otherwise to remain in full force and effect. In no event shall the total
liability of the Surety for all breaches of the condition of this bond exceed the amount stated above.

Dated this __22nd__ day of __June__, __2005__.

              __Universal Forest Products, Inc.__, Principal
By _____
    MATTHEW C. MISSAD, SECRETARY
__N/A__, Principal
By __N/A__

Countersigned:

By __N/A__
          Resident Agent

Approved:

By _____
    United States District Court
    _____ District of _____
    _____ Division

Form F3259

WESTERN SURETY COMPANY, Surety
By _____
    Julie Mroz, Attorney-in-Fact

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

Know All Men By These Presents, That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Brian Cook, Loretta A Peretti, Drew Brach, Ronda L Pekel, Bryan L Formsma, Julie Mroz, Individually**

of Grand Rapids, MI, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

In Witness Whereof, WESTERN SURETY COMPANY has caused these presents to be signed by its Senior Vice President and its corporate seal to be hereto affixed on this 8th day of November, 2004.

WESTERN SURETY COMPANY

Paul T. Bruflat, Senior Vice President

State of South Dakota } ss
County of Minnehaha

On this 8th day of November, 2004, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Senior Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

November 30, 2006


D. KRELL
NOTARY PUBLIC
SOUTH DAKOTA

D. Krell, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this ___22nd___ day of _____June_____, __2005__.



WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-01-02

**Authorizing By-Law**

## ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

Notary Acknowledgement of Surety

State of Michigan  } ss:
County of Kent

On  June 22, 2005                              , before me, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared  Julie Mroz

known to me to be Attorney-in-Fact of   Western Surety Company
the corporation described in and that executed the within and foregoing instrument, and known to me to be the person who executed the said instrument in behalf of the said corporation, and he duly acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year stated in this certificate above.

My Commission Expires  August 19, 2007

Loretta A. Peretti, Notary Public

# NOTICE

In accordance with the Terrorism Risk Insurance Act of 2002, we are providing this disclosure notice for bonds and certain insurance policies on which one or more of the Writing Companies identified below is the surety or insurer.

To principals on bonds and insureds on certain insurance policies written by any one or more of the following companies (collectively the "Writing Companies") as surety or insurer: Western Surety Company, Universal Surety of America, Surety Bonding Company of America, Continental Casualty Company, National Fire Insurance Company of Hartford, American Casualty Company of Reading, PA, The Firemen's Insurance Company of Newark, NJ, and The Continental Insurance Company.

## DISCLOSURE OF PREMIUM

The premium attributable to coverage for terrorist acts certified under the Act was Zero Dollars ($0.00).

## DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States will pay ninety percent (90%) of covered terrorism losses exceeding the applicable surety/insurer deductible.

Form F7310