## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of<br>Delaware, Inc., et al.<br><br>          Debtor | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11 |
| Hechinger Investment Company<br>Of Delaware, Inc., et al., Debtors<br>In Possession,<br><br>        Plaintifff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>        Defendant. | Adv. No. 01-3170<br><br>Civil Action Nos. 05-497 and 05-498 (KAJ) |

### CERTIFICATE OF SERVICE

    I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the Motion For Stay Pending Appeal And For Approval of Supersede As Bond was made on April 3, 2006 upon:

**Via Hand Delivery**
John T. Carroll, Esquire
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801

**Via Federal Express**
Joseph L. Steinfeld, Jr., Esquire
A-S-K Financial LLP
2600 Eagan Woods Drive, Ste. 220
Eagan, MN 55121

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 3, 2006

*/s/ Heidi E. Sasso*
Heidi E. Sasso

Document #: 53629