## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

In re

Hechinger Investment Company of
Delaware, Inc., et al.

　　　　　　　Debtor

Hechinger Investment Company
Of Delaware, Inc., et al., Debtors
In Possession,

Plaintiff(s),

vs.

Universal Forest Products, Inc.

　　　　　　　Defendant.

BK No. 99-02261-PJW
(Jointly Administered)

Chapter 11

Adv. No. 01-3170

### Civil Action Nos. 05-497 and 05-498

### (KAJ)

### NOTICE OF SERVICE

Please take notice that on April 4, 2006 one copy of Defendant's Record and Issues on Appeal Pursuant to Fed.R.App.P. 6(b) was sent out for service by way of hand delivery John T. Carroll, Esquire, Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware 19801 and via regular U.S. Mail to Joseph L. Steinfeld, Jr., Esquire, A-S-K Financial LLP, 2600 Eagan Woods Drive, Ste. 220, Eagan, MN 55121..

Dated: April 4, 2006

**MONZACK AND MONACO, P.A.**

Kevin J. Mangan (#3810)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Document #53658