UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.,<br><br>Debtor. | Bk. No. 99-02261-PJW<br><br>Chapter 11<br><br>Bk. Adv. No. 01-3170 |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., et al., Debtors in Possession,<br><br>                                    Plaintiff,<br>vs.<br><br>Universal Forest Products, Inc.,<br><br>                                    Defendant. | Civil Action Nos. 05-497, 05-498 |

**DESIGNATION OF ADDITIONAL RECORD ITEMS AND STATEMENT OF ISSUE
PRESENTED ON CROSS-APPEAL OF THE MEMORANDUM ORDER**

Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession (the "Cross-Appellant"), pursuant to Bankruptcy Rule 8006 and Federal Rule of Appellate Procedure Rule 6(b)(2)(B), hereby submits its designation of additional items to be included in the record on appeal and cross-appeal and issues its statement of the issue to be presented on cross-appeal from the Memorandum Order of the District Court for the District of Delaware, entered herein on March 16, 2006, affirming the Judgment entered by the Bankruptcy Court on June 16, 2005 (Bankruptcy Adversary Docket Index #114, hereinafter "Bk.Adv.D.I.___") (the "Judgment") and the Memorandum Opinion issued by the Honorable Paul B. Lindsey, United States Bankruptcy Judge, on June 16, 2005 (Docket Index # 113) (the "Opinion"). The Appellant, for its cross-appeal, will also rely upon the documents included in the Record on Appeal of Universal Forest Products, Inc. dated April 4, 2006, filed in this court.

Designation of Additional Items for the Record of Appeal and Cross-Appeal

    1.    Amended Joint Pretrial Memorandum. (Bk. Adv. D.I. #109).

2. Universal Forest Products' Trial Brief and attached Exhibits A and B. (Bk. Adv. D.I. #106).

3. Plaintiff's Trial Brief. (Bk. Adv. D.I. #107).

4. Universal Forest Products' Closing Argument Statement and attached Exhibit A. (Bk. Adv. D.I. #110).

5. Plaintiff's Post-Trial Brief. (Bk. Adv. D.I. #111).

Statement of the Issue to be Presented on Cross-Appeal

1. Whether the District Court erred in affirming the Bankruptcy Court's Opinion and Judgment declining to award pre-judgment interest to Plaintiff without comment or findings.

Dated: April 13, 2006

Local Counsel

By:  /s/ John T. Carroll
COZEN O'CONNOR
John T. Carroll, III, Esq., (#4060)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2028 **Fax:** (302) 295-2013

and

Primary Counsel

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Kelly J. Shannon, Esq., MN SBN 0312952
Kelly L. Mangan, Esq., WI SBN 1032576, MN SBN 0317901
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 220
Eagan, MN 55121
**Telephone:** (651) 406-9665 **Fax:** (651) 406-9676

Co-Counsel For Plaintiff, Hechinger Liquidation Trust, a successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtor in Possession

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Bk. No. 99-02261-PJW |
| Hechinger Investment Company of Delaware, Inc., et al., | Chapter 11 |
| Debtor. | Bk. Adv. No. 01-3170 |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., et al., Debtors in Possession,<br><br>                       Plaintiff,<br>vs.<br><br>Universal Forest Products, Inc.,<br><br>                       Defendant. | Civil Action Nos. 05-497, 05-498 |

**CERTIFICATE OF SERVICE OF (1) NOTICE OF CROSS-APPEAL AND
(2) DESIGNATION OF ADDITIONAL RECORD ITEMS AND STATEMENT OF ISSUE
PRESENTED ON CROSS-APPEAL OF THE MEMORANDUM ORDER**

      I, John T. Carroll, Esquire, counsel to the Plaintiff in the above captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on April 13, 2006, I caused a true and correct copy of (1) Notice of Cross-Appeal and (2) Designation of Additional Record Items and Statement of Issue Presented on Cross-Appeal of the Memorandum Order, Pursuant to Federal Rules of Appellate Procedure Rule 6(b) to be served on the following parties in the manner set forth below:

<u>Via Hand Delivery</u>
Kevin M. Mangan, Esq.
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899


<u>VIA U.S. Mail</u>
Michael S. McElwee, Esq.
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI 49504


Dated: April 13, 2006

By:   /s/ John T. Carroll
COZEN O'CONNOR
John T. Carroll, III, Esq., (DE No. 4060)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2028 **Fax:** (302) 295-2013

Local Counsel For Plaintiff, Hechinger Liquidation Trust, a successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtor in Possession