IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> HECHINGER INVESTMENT COMPANY ) <br> OF DELAWARE INC., et al., ) <br> ) <br> Debtors. ) <br> _____ ) <br> HECHINGER LIQUIDATION TRUST, as ) <br> successor in interest of Hechinger ) <br> Investment Company of Delaware, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL FOREST PRODUCTS, ) <br> INC., ) <br> ) <br> Defendant. ) | Bk. No. 99-02261-PJW <br> Chapter 11 <br><br> Adv. No. 01-3170 <br><br><br><br><br> Civil Action No. 05-497-KAJ <br> 05-498-KAJ |

### ORDER

IT IS HEREBY ORDERED that Universal Forest Products, Inc.'s Motion for Stay Pending Appeal and for Approval of Supersedeas Bond (D.I. 14) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

May 22, 2006
Wilmington, Delaware