## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., *et al*,<br>　　　　　　　　　　　　Debtors, | Bk. No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11 |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession,<br><br>　　　Appellee and Cross-Appellant,<br><br>vs.<br><br>Universal Forest Products, Inc.,<br><br>　　　Appellant and Cross-Appellee. | Civil Action Nos. 05-00497 and 05-00498 (___) |

### ORDER FOR REMAND

In accordance with the June 7, 2007 *Judgment* of the United States Court of Appeals for the Third Circuit, the above-entitled action has been remanded to the United States Bankruptcy Court for the District of Delaware. A copy of the *Judgment* is annexed hereto as Exhibit "A."

Dated: October 5, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT "A"

Case 1:05-cv-00498-JJF  Document 24  Filed 10/05/2007  Page 2 of 5

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 06-2166 and 06-2229

IN RE: HECHINGER INVESTMENT COMPANY
OF DELAWARE, INC., ET AL.
                                              Debtors

HECHINGER INVESTMENT COMPANY OF DELAWARE, INC.

v.

UNIVERSAL FOREST PRODUCTS, INC.,
                                         Appellant No. 06-2166

IN RE: HECHINGER INVESTMENT COMPANY
OF DELAWARE, INC., ET AL.
                                              Debtors

HECHINGER INVESTMENT COMPANY OF DELAWARE, INC.

v.

UNIVERSAL FOREST PRODUCTS, INC.

Hechinger Liquidation Trust, as successor in
interest to Hechinger Investment Company of
Delaware Inc., et al., Debtors in Possession,

                                         Appellant No. 06-2229

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 05-cv-00497)
District Judge: Honorable Kent A. Jordan

Argued on March 28, 2007

Before: RENDELL and CHAGARES, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on March 28, 2007. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 16, 2006, be and the same is hereby VACATED insofar as it affirms the judgment of the Bankruptcy Court for Hechinger and affirms the denial of

---

* The Honorable Maryanne Trump Barry participated in the oral argument and panel conference and joined in the decision on this case, but discovered facts causing her to recuse from this matter prior to filing of the Opinion. The remaining judges are unanimous in this decision, and this Opinion and Judgment are therefore being filed by a quorum of the panel.

Hechinger's motion for prejudgment interest, and AFFIRMED insofar as it affirms the Bankruptcy Court's denial of UFP's spoliation motion. We hereby REMAND this matter to the District Court with instructions to remand to the Bankruptcy Court for a finding as to whether Hechinger intended the transfers at issue to be contemporaneous exchanges for new value, with the understanding that "credit" transactions are not categorically excluded from §547(c)(1), and for an explanation of the Court's reasons for denying Hechinger's request for prejudgment interest. All of the above in accordance with the opinion of this Court. Each party to bear its own costs.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated: June 7, 2007

Certified as a true copy and Issued in lieu of a formal mandate on 7/6/07

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit